**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George M. Lopez,             ) | No. CV-97-224-TUC-CKJ |
|                              ) | |
| Petitioner,       ) | DEATH PENALTY CASE |
|                              ) | |
| v.                           ) | |
|                              ) | |
|                              ) | **ORDER** |
| Dora B. Schriro, et al.,     ) | |
|                              ) | |
| Respondents.      ) | |
|                              ) | |

Before the Court is Petitioner's Unopposed Motion for Extension of Time. (Doc. 145.) The motion seeks a 90-day extension of time for the supplemental briefing ordered by this Court on May 1, 2012, following remand from the Ninth Circuit.

The Court will permit the requested extension but cautions counsel that further continuances are disfavored. From its review of the ineffectiveness claims raised in the amended petition that were found to be procedurally defaulted, the Court concludes that the additional 90 days provided herein, in addition to the 90 days initially provided, should suffice for alleging facts and legal authority in support of the claims.

Accordingly,

**IT IS ORDERED** that Petitioner's Unopposed Motion for Extension of Time (Doc. 145) is **GRANTED**. The briefing schedule is reset as follows:

1.	Petitioner shall file his supplemental brief no later than no later than **September 28, 2012**.

    2.    No later than **November 27, 2012**, Respondents shall file a response to Petitioner's supplemental brief.

    3.    No later than **December 17, 2012**, Petitioner shall file a reply.

**IT IS FURTHER ORDERED** that no further extensions of time to file the supplemental brief will be granted absent a showing of extraordinary circumstances with respect to this case.

DATED this 26th day of June, 2012.

_____
Cindy K. Jorgenson
United States District Judge