**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| George M. Lopez, | ) | No. CV-97-224-TUC-CKJ |
| Petitioner, | ) | DEATH PENALTY CASE |
| v. | ) | |
| | ) | **AMENDED ORDER** |
| Dora B. Schriro, et al., | ) | |
| Respondents. | ) | |
| | ) | |

Before the Court is Petitioner's Unopposed Motion for Extension of Time.  (Doc. 145.)  The motion seeks a 90-day extension of time for the supplemental briefing ordered by this Court on May 1, 2012, following remand from the Ninth Circuit.

The Court will permit the requested extension but cautions counsel that further continuances are disfavored.  From its review of the ineffectiveness claims raised in the amended petition that were found to be procedurally defaulted, the Court concludes that the additional 90 days provided herein, in addition to the 90 days initially provided, should suffice for alleging facts and legal authority in support of the claims.

Accordingly,

**IT IS ORDERED** that Petitioner's Unopposed Motion for Extension of Time (Doc. 145) is **GRANTED**.  The briefing schedule is reset as follows:

1.      Petitioner shall file his supplemental brief no later than no later than **October 29, 2012**.

1          2.      No later than **December 28, 2012**, Respondents shall file a response to

2   Petitioner's supplemental brief.

3          3.      No later than **January 17, 2013**, Petitioner shall file a reply.

4          **IT IS FURTHER ORDERED** that no further extensions of time to file the

5   supplemental brief will be granted absent a showing of extraordinary circumstances with

6   respect to this case.

7          DATED this 26ᵗʰ day of June, 2012.

8

9

10   _____
                    Cindy K. Jorgenson
11                  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28