**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| George M. Lopez,                            )<br>                    Petitioner,       )<br>                                                    )<br>v.                                                  )<br>                                                    )<br>Charles L. Ryan, et al.,                )<br>                    Respondents.    )<br>                                                    ) | No. CV-97-00224-TUC-CKJ<br><br><u>DEATH PENALTY CASE</u><br><br><br>**ORDER** |

Before the Court is Petitioner's Second Unopposed Motion for Extension of Time. (Doc. 151.)  The Court previously granted a 90-day extension of time for the supplemental briefing ordered on May 1, 2012, and cautioned that further continuances would not be granted absent a showing of extraordinary circumstances with respect to this case.  The instant motion does not identify any extraordinary circumstances inhibiting Petitioner's ability to comply with the Court's briefing schedule, stating only that a social history investigation is not complete.  This is insufficient to justify an additional 90 days.  Because Respondents do not oppose the request, the Court will permit an additional 45 days.  However, no further extensions for the supplemental brief will be granted, regardless of counsel's obligations in other cases, including any execution- or clemency-related work.

Based on the foregoing,

**IT IS ORDERED** that Petitioner's Second Unopposed Motion for Extension of Time (Doc. 151) is **GRANTED IN PART and DENIED IN PART**.  The briefing schedule is

reset as follows:

1. Petitioner shall file his supplemental brief no later than **December 13, 2012**.

2. Respondents shall file a response to Petitioner's supplemental brief no later than **February 11, 2013**.

3. Petitioner shall file a reply no later than **March 4, 2013**.

DATED this 10th day of October, 2012.

_____
Cindy K. Jorgenson
United States District Judge